**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────────

**No. 22-7003**

─────────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ALTON B. COUTHER, III,

        Defendant - Appellant.

─────────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:12-cr-00187-RAJ-TEM-1; 2:22-cv-00134-RAJ)

─────────────────

Submitted:  February 27, 2024                    Decided:  February 29, 2024

─────────────────

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

─────────────────

Dismissed by unpublished per curiam opinion.

─────────────────

Alton Bernard Couther, III, Appellant Pro Se.  Kristen Shannon Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton Bernard Couther, III, seeks to appeal the district court's order denying his 28 U.S.C. § 2255 motion as time-barred. *See Whiteside v. United States*, 775 F.3d 180, 182-83 (4th Cir. 2014) (en banc) (explaining that § 2255 motions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2255(f)). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Couther has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*